AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| AURELIO CERVANTES | ) | Case No: | 2:13CR20047-001 |
| | ) | USM No: | 12055-010 |
| Date of Original Judgment: 05/28/2014 | ) | | |
| Date of Previous Amended Judgment: | ) | Bruce D. Eddy | |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 108 months **is reduced to** 87 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 05/28/2014 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 01/26/2016

/s/ P. K. Holmes, III
*Judge's signature*

Effective Date: 01/26/2016
*(if different from order date)*

Honorable P. K. Holmes, III, Chief United States District Judge
*Printed name and title*